UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAMELA M. ESTEVES,

                              Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

Case No. 13-5940 RBL-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the court on the Report and Recommendation of Magistrate
Judge Karen L. Strombom [ECF  23] recommending that this case be remanded, based on the
stipulation of the parties [ECF 22].  It is therefore ORDERED

        (1)  The Court ADOPTS the Report and Recommendation;

        (2)  The Court REVERSES and REMANDS for further administrative proceedings; and

        (3)  The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 29th day of May, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1